FILED IN THE
COMBINED COURT
DOUGLAS COUNTY, CO

2017 APR -6 PH 12: 08 JLB

FOR 18TH JUDICIAL DISTRICT COURT OF COLORADO

DATE FILED: April 6, 2017
CASE NUMBER: 2017CV54

PRO SE

Case No.: _____ 17CV54

JORGE LEONEL BAILON,

      Plaintiff,

**TITLE VII COMPLAINT AND JURY TRIAL**

vs.

WALMART STORES INC. STORE 984,

      Defendant

## TITLE VII COMPLAINT

## PARTIES

1. Plaintiff, JORGE LEONEL BAILON is a citizen of Douglas County who presently resides at the following address: 6213 Castlegate Dr. W Apt.1518 Castle Rock Colorado 80108.

2. Defendant WAL-MART STORES INC. STORE 984 is located at the following address: 702 SW 8th Street Bentonville Arkansas 72716, and its Store 984 is located at the following address: 133 Sam Walton Lane Castle Rock Colorado 80104. .

## JURIDISCTION

3. Jurisdiction is asserted pursuant to Title of the Civil Rights Act of 1964, 42 U.S.C § 2000e-5.

4. Defendant is an employer within the meaning of Title VII.

5. The alleged unlawful employment practices took place at the following location: Store 984 of WAL-MART STORES INC. at 133 Sam Walton Lane Castle Rock Colorado 80104.

6. Jurisdiction also is asserted pursuant to the following statutory authority: The Colorado Anti-Discrimination Act, Colorado Revised Statutes (C.R.S) § 24-34-401 et.Seq.

TITLE VII COMPLAINT AND JURY TRIAL - 1

414

# EXHIBIT B

**ADMINISTRATIVE PROCEDURES**

7. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission on September 12, 2015 regarding the alleged discriminatory conduct by Defendant.  EEOC Charge Number: 541-2015-02392.

8. Plaintiff received from the Employment Opportunity Commission a Notice of Right to Sue the Defendant on March 21, 2017.

9. Plaintiff filed a charge of discrimination with the Colorado Civil Rights Division on November 5, 2015 regarding the alleged discriminatory conduct by Defendant. CCRD Charge Number: 20160079.

10. Plaintiff received from the Colorado Civil Rights Division a Notice of Right to Sue the Defendant on January 20, 2017.

**NATURE OF THE CASE**

Defendant has discriminated against the Plaintiff because of the following:

X Race (Hispanic)          __ Color                    __ Religion

__ Sex                      X National Origin (Cuba)

__ Other _____.

11. Defendant has discriminated against Plaintiff because the following :

__ Failure to hire

X Failure to promote

__ Demotion/ discharge from employment

X Other : Discriminatory schedules , discriminatory working conditions , right to transfer, right to file a complaint, the privilege of recognition for job performance , harassment acts, retaliation acts, and racist environment against the Hispanic in the Store 984.

TITLE VII COMPLAINT AND JURY TRIAL - 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FIRST CLAIM FOR RELIEF**

**AND SUPPORTING FACTUAL ALLEGATIONS**

12. Throughout my employment at the Defendant I was never allowed to receive any higher position, despite having applied to more thirty positions during September 13, 2005 to July 16, 2015.

13. Throughout my employment in the Store 984 at since September 11, 2014 to July 16, 2015 I was never allowed to receive any higher position, despite I having applied to more 22 positions, and all requirements for all of these positions (Must successfully complete Leadership Assessment, Meets Expectations, or target, or Solid Performer rating on Most recent Evaluation and must not Have an active coaching or decision making day).For these positions were promoted other Americans and White Associates, despite some of them didn't have the requirements that the Company demands for these positions (A year of experience at the Store). Examples: Mrs. Deborah Allen was promoted as a Deli Department Manager but she was working in the Store 984 for three months. Mrs. Susan was promoted as Bakery Department Manager, but she was working four months in the Store 984 as a temporary Associate. Mr. Michael was promoted as Frozen Food Department Manager, but he was working for three weeks at the Store 984, etc.

14. Last case of discrimination regarding to my promotion happened when I applied to Deli Department Manager on December 2014, but I was never allowed to pass an interview for this position. And for this position was promoted Hourly Associate Mr. Doug (American and White). The management should interview me for the following reasons: For all

TITLE VII COMPLAINT AND JURY TRIAL - 3

candidates only me was working in Deli and knew all tasks of this Department. I had exceptional performance in my job per the Managers, Co-workers and Customers. I did an important contributions to increase the sales in the Company (Three Projects to the President and CEO Wal-Mart Stores Inc. Doug McMillon). I was oldest in the Company (10 years) and he was 1 year.

15. This Hourly Associate Mr. Doug that was promoted for Deli Department did the worst job in the history of Deli, and the Deli had the worst sales when he was working there. He can't move, lift, carry and places merchandise and supplies weighing up to 25 pounds without assistance, because he has health problems (Physical activity of Job Description' Deli Department Manager). Some Deli Associates complained about his total incompetence to manage Deli, and on August 2, 2015 I complained by writing to Assistant Manager Mr. Enrique about his bad job and for his several harassment acts against me. Then, the management did a revision of Deli and determined to transfer other Store of Wal-Mart Stores Inc. to cover his total incompetence, harassment acts against me and his violation of several others policies of Defendant . All Deli Associates and me that I complained about the worst Deli Department Manager (Mr. Doug) never received any response writing or verbal from the management of the Store 984.

16. After my writing complaint about discrimination for my promotion on July 16, 2015 to the District Office of Defendant, my writing complaint about discrimination for my promotion on July 17, 2015 to Global Ethics of Defendant, and my Charge on September 12, 2015 to EEOC, the Co-Manager Kevin Larosh ( Investigator of my complaint by the management of the Store 984) tried to interfere the investigation of the management of this Store, the District Office, the Global Ethics and the EEOC with some illegal proposals to

TITLE VII COMPLAINT AND JURY TRIAL - 4

pass interview for higher positions. On July 22, 2015 I reported this violation of Statement of Global Ethics of Defendant by writing to Global Ethics, because these proposals were made with bad faith to cover evident discrimination regarding to my right to promotion, and the management can't respond nothing about my first complaint on July 16, 2015. He did his illegal proposals without witnesses of hourly Associates, because he refused my request the presence of hourly Associates to listen his insistent illegal proposals.

17. The management of Store 984 doesn't have any logical reason to justify its discrimination regarding to my promotion before July 16, 2015.

### SECOND CLAIM FOR RELIEF

### AND SUPPORTING FACTUAL ALLEGATIONS

18. Throughout March, April, June and July of 2015 I received the worst schedules of all Deli Associates, despite I was oldest Associate that was working in the Deli without any justification.

19. I complained about this discriminatory schedules on July16, 2015 to Market Human Resources Manager Mrs. Sang Dao, but I never received any writing and verbal response about these discriminatory schedules up to date.

20. On September 21, 2015 at 1:26 pm Co-Manager Kevin Larosh (Investigator from the management about my complaint dated on July 16, 2015) tried to justify this with an irrational justification that I never gave them my Customer Service Availability, and this false justification because on August 28, 2015 at 12:40 pm I reviewed my Personnel File and I found an illegal Customer Service Availability that the management put in my Personnel File. This document is illegal, because I never signed and the Former Facility Manager (Andrew Meyers) too. On August 29, 2015 I gave to Assistant Manager Mr.

TITLE VII COMPLAINT AND JURY TRIAL - 5

Enrique my disagreement with this information in my personnel file, but I never received any response about this illegal form up to date.

21. For examples, all new Deli Associates as Mrs. Deborah Allen and Mrs. Karen (Few weeks work in the Company) had better schedules than me. They didn't have any Customer Service Availability in their Personnel File for these months, because they never gave to the management before July 16, 2015. Also, the others new Associates as Charles Green (few weeks ago in Deli) and Mr. Salvatore (a month in the Store) had better schedules that me. I was working 10 years in the Company. The temporary employees Mr. George and Michael had better schedules than me, despite they can't give to the management any Customer Service Availability, because they were temporary Associates and the management should send them to help me to close Deli Department.

22. All Deli Associates including the temporary Associates had days off in their weekends, and I never received any day off in my weekends, despite in my personnel file appears that I keep the Shabbat for my religion.

23. The management never didn't any allegation why all formers Deli Associates that worked for several years in the Company (Mrs. Tina, Mrs. Lori and Mr. Daniel (All Americans and Whites))the management always respected their Seniority , and they received better schedules that others new Deli Associates. Also, we don't have a written contract with the Defendant, due to this all Hourly Associates of Defendant didn't have any obligation to give to the management their Customer Service Scheduling Availability. In the end of this Form appears: "This form is no guarantee of a shift or minimum number hours", because the management always respect the Seniority of all Associates.

TITLE VII COMPLAINT AND JURY TRIAL - 6

24. All managers of Defendant have an obligation to uphold Wal-Mart's Beliefs and Behaviors to build a better place to work in related to Respect for the individual: "Value and recognize the contributions of every associates", and due to older Hourly Associates have better schedules than new Associates, except the older Associates that request worst schedules for personal problems and other reason.

### THIRD CLAIM FOR RELIEF

### AND SUPPORTING FACTUAL ALLEGATIONS

25. Throughout March 2015 to March 2017 I was working under discriminatory working conditions (Slave labor) in favor of others American Deli Associates, because I must do between 80 % and 90 % of all tasks in Deli, despite in this time other Deli Associates were working in this Department.

26. I gave the writing complaint about discriminatory working conditions in favor of all Deli Associates on July 16, 2015 to Market Human Resource Manager Mrs. Sang Dao, on August 24, 2015 to Co-Manager Kyle and on Abril 15, 2016 to Co-Manager Kevin Larosh, but I never received any response about this evident discriminatory working conditions. The management never investigated my allegations and took any actions to resolve this situation up to date.

27. For example, On August 25, 2015 at 2:30 pm New Deli Department Manager Mrs. Deborah Allen informed me about additional tasks that I was obligated do, and when I told her that I was closing Deli by self, and I was working for several Deli Associates, she told in front of Deli Associate Karen: "I received this order for you from the Store Manager Kelly Ziparo and Co-Manager Kevin Larosh, and you must do". Then, to humiliate me in front

TITLE VII COMPLAINT AND JURY TRIAL - 7

of other Deli Associates, she wrote this order in the board in the back of Deli, but the others

Deli Associate never fallowed this order, because Mrs. Deborah only ordered me these

additional tasks. And every night the management checked the Deli. I showed these

additional tasks to Former Produce Department Mrs. Guadalupe Rangel, and she told me:

"Can you take a picture of this discriminatory order". I have a picture    of    this

discriminatory order only against me.

28. Some months after when I transferred to work in the morning, the closers of Deli never did

these additional tasks, despite this order was writing in the back of this Department. I must

obligated to do these tasks, because the closer never did these tasks, and Deli Manager

ordered me to do these tasks. Deborah Allen erased this discriminatory order when OSHA

notified Store 984 my formal complaint against my slave labor in this Department on

March 2016.

29. That the management intentionally accommodate the schedules to obligate me to work by

self for four, six and eight hours, and others Deli Associates were working in team of two

and three Deli Associates. Even the mangers sent two temporary Associates (Mr. George

and Michael) to help others Deli Associates in the morning, and I didn't receive any help.

30. I was obligated to do the tasks of several Deli Associates such as: Serve the customers

cutting meats and cheeses, serve in hot case at same time from 4:00 pm to 9:00 pm, cook

hot food, clean the oven with its several parts, clean two fryers with its parts, clean 4 slicers

with its parts, wrap all 16 salads and clean its spoons to serve salads, weight the old food

and do all markdowns, to wash all utensils of hot case (more 20 trays with grease) , wash

hot case every night , clean all glass of the Deli, clean the scales, clean the floor (wash,

rinse and sanitize). And the others additional tasks that ordered the Deli Department

TITLE VII COMPLAINT AND JURY TRIAL - 8

Manager Mrs. Deborah Allen: Pull out all meats and cheeses, pull all salads that go out at midnight, make sure trashes area clean, chill 2 traditional and 2 lemon chickens. Due to this slave labor I have several health problems that on August 16, 2015 I reported to the management of the Store 984. And from August 17, 2015 to October 5, 2015 I was working under medical restrictions due to overwork, and the management never sent me any help, despite the fact that in the Store were several temporary Associates to close consumable Departments (Meat, Produce, Grocery and Deli).

31. Also, due to this slave labor on July 2015 I started to receive psychotherapy treatment, and on August 30, 2015 I was in the Emergency of the Castle Rock Adventist Hospital for a severe pain in my chest.

32. Also, the American Deli Associates did some discriminatory acts to increase my discriminatory working conditions, these acts were the following: They took their breaks together at 1:05 pm when I just arrived to Deli, because they didn't want to help me. They were planning their lunches in the rush hours of Deli or when the rotisserie chickens almost were ready, because they wanted that I must do this task. They were talking about personnel problems in front of the customers, because they were waiting that I serve the customers (Some customers complained about these acts). They took several breaks for 30 and 40 minutes (violations of Break Policy), because we can take only two breaks in 8 hours for 15 minutes. They only were doing a task of Deli, and the Former Deli Department Mr. Doug obligated me to do several tasks at the same time. And he and new Deli Department Manager Mrs. Deborah Allen obligated me to do several tasks, but she never ordered to other Americans Deli Associates to do my discriminatory tasks. Other kind of discrimination did by the Deli Associates were that when I did a task in any day, they never

did again this task, and they always were waiting for me, and I must obligate to do this task, for examples: put and take out the chickens in the oven, clean tables, make all markdowns, cook all food in five days, clean the oven and its parts, clean the slicers and scales, throw up garbage, etc.

33. Some Deli Associates used their phones during their labor shift, because they don't want to help me. Examples, Mr. Alex Watson and Mr. Duncan Summer that used their phones when I must do several tasks, and I reported this, but the management never took any action against them.

34. Some Deli Associates ordered me, and they are Deli Associates with short time in the Company (some weeks and months). Examples, Mrs. Karen (October 5, 2015 at 5:00 pm she ordered me to serve the customers) and others days, Mrs. Deborah (July 17, 2015 at 3:10 pm she ordered me to stock some Deli supplies in front of David Mendez) and other days, Mr. Alex Watson (July 12,2016 at 12:30 pm he ordered me to put the chicken in the oven ) and others days , Mr. Duncan Summer ( September 23, 2016 at 2:05 pm he ordered me cook hot wings ) and others days , Mrs. Jordan. (September 22, 2016 she ordered me to make Cesar salad for next day, and Mrs. Sarah Davis (January 10, 2016 at 1:25 pm she ordered me in bad manner to serve customer in the hot-case in front of Associate Margarita Martinez) and other days. And they ordered me in front of other Deli Associates and Temporary Associates, because they know there is total impunity in this Store with any racist action against Hispanic Associates.

35. Several times I reported these discriminatory attitude against me by the management and Deli Associates, but I never received any response and the management never took any action to resolve this situation up to date.

TITLE VII COMPLAINT AND JURY TRIAL - 10

**FOURTH CLAIM FOR RELIEF**

**AND SUPPORTING ALLEGATIONS**

36. Throughout my employment at the Store 984 I was never allowed my transfer to other Departments of this Store (right to transfer), despite having applied for several opened positons. All American Sales Associates at this Store can transfer to other opened positions when they requested these positions on current interest in their Career Preference in the computer system.

37. For examples, Mr. Salvatore from Wal-Mart To Go Department to Deli Department, Mrs. Nany Sapeda from Wal-Mart to Go Department to Bakery, Mr. Michael Kempton from Wal-Mart Department to Go to Produce, Mrs. Olivia Hyles from Deli Department to Vision Center, Mr. Bob from temporary Associate to Meat Department, Mrs. Lori from Deli Department to Jewelry Department, Mr. Duncan Summer from Deli to other Sam's Store. All of them are American and Whites Associates. Mrs. Olivia Hyles, Mr. Salvatore and Mr. Duncan Summer didn't have the requirements to transfer (six months at the Store) when the management permitted their transfer.

38. I never was interviewed for these several opened positions that I applied, and these positions were filled with others employees with less years and less contributions than me, even with new Associates without any retail experience.

**FITH CLAIM FOR RELIEF**

**AND SUPPORTING FACTUAL ALLEGATIONS**

39. On September 3, 2015 Former Store Manager Kelly Ziparo prohibited me to give any writing and verbal complaint about any act of discrimination against me to any mangers of this Store. She told me that she'll order this to all mangers, and for her order all managers

TITLE VII COMPLAINT AND JURY TRIAL - 11

will refuse to accept any writing and verbal complaint that I want to give them". She told me this illegal order in the management Office and Co-Managers Kevin Larosh and Mr. Kyle were as witnesses of this illegal order. I reported to Global Ethics this violation of my constitutional right of Petition, but I didn't receive any response about my complaint.

40. All Sales Associates of this Store have a right to give any writing and verbal complaint about any concern.

**SIXTH CLAIM FOR RELIEF**

**AND SUPPORTING FACTUAL ALLEGATIONS**

41. Throughout September 11, 2014 to March 2017 at the Store 984 I have worked excellently, because I had to work for several Deli Associates. The same opinion has my managers, co-workers and customers of this Store.

42. For examples, during this time I submitted two Projects to President of Wal-Mart Stores Inc. Doug McMillon (Twice II and Phoenix) and a Project to the District Office of Wal-Mart (Latins). And several important ideas of these Projects the Store were applied to increase the sales in this Store. The management never informed to other Sales Associates in daily meetings about my contributions to increase the sales of this Store 984.

43. On January 2015 I received two salaries, and I returned this money to Assistant Manager Mrs. June, but I didn't receive any recognition for this honest act with the Defendant. Hourly Associate Miguel Arana was a witness when I returned back this money.

44. The management was selected for Stars (Excellent Job) some Sales Associates as Mr. Bob Pritchard ( American and White) , despite before his selection two Sales Associates complained about his racist and harassment acts against them. Examples of these complaints: Benjamin Rosado and Michael Thornton. They complained to Global Ethics

TITLE VII COMPLAINT AND JURY TRIAL - 12

and the management of this Stores, but never received any response about these acts, and the Store Manager Kelly Ziparo selected him to this recognition, and she wanted to ignore these complaints. On the case of Michael Thornton, Co-Manager Kevin Larosh told him: "You don't have a right to complaint, because you are temporary Associate".

45. Department Manager Mrs. Bonita (American and White) that several times offended Sales Associate Mrs. Elizabeth Rodriguez (Mexican) and she complained with witnesses to the managers of this Store, but the management never investigated her complaints. But the management selected her for her "excellent job" to cover her racist acts against Mrs. Elizabeth.

46. In the contrary, several Customers informed in front of me to some managers of this Store (Co-Managers Kyle and Kevin Larosh) about my exceptional good customer service and my multitasks, but the management tried to ignore these opinions of the Deli customers, and never any Sales Associates complained about me, because I respect all Hourly Associates and Customers of this Store.

47. The management was selected for this recognition the worst Deli Sales Associate Duncan Summer (American and White), despite all Deli Associates (Deborah Allen, Alex Watson, Charles Green and Joshua Caraveo) have my same opinion about this Deli Associate.

48. During his job in Deli this Associate was taking more two breaks a day, and those breaks were 40 minutes and more in their duration. Deli Associate Caraveo reported this violation to Deli Department Manager and I reported by writing to Assistant Manager Mr. Mario that covered Deli. He has a several problems with tardiness and absences in his job. Also, he didn't help me when he was working with me, and he took several breaks at any time.

TITLE VII COMPLAINT AND JURY TRIAL - 13

49. Several times when he was closing the Deli, he left a big mess in Deli (Dirty oven and utensils, dirty slicers and floor of Deli, etc.). Others Deli Associates reported his bad job and his lack dedication to work in Deli to the managers. This recognition for this Associate was to humiliate me, because the managers of the Store 984 don't want to recognize my contributions to the Company.

## SEVENTH CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

50. Throughout my employment at Store 984 of the Company , I have been singled out by other Deli Associates and Managers at this Store - including my direct supervisors-who have subjected me to a constant barrage of discrimination , harassment , threats and intimidation because I am Hispanic / Cuban and because I can't speak fluently English.

51. For examples, Former Deli Associate Mr. Daniel (American and White) during November to December 2014 offended me in front of the costumers with some comments about my national origin, and on November 19, 2015 in front of Assistant Manager Kelsi he told me "He can't do this, because he can't count, because he is Cuban". This Associate, several time ordered in bad manner to do several tasks that Deli Manager ordered him, and prohibited me to help a customer in Bakery Department with bad words in front of customers.

52. Deli Associate Mrs. Sarah Davis (American and White) offended me in front of the customers and Deli Associates, because she ordered me in bad and unrespectable manner to do several tasks that she was doing or must do, but she obligated me to do these tasks, despite she was unoccupied and was talking about her personnel problems with others Deli Associates. Others several times, she received others from Deli Manager and she sent me

TITLE VII COMPLAINT AND JURY TRIAL - 14

to do these tasks, despite I was doing others several tasks. Several times I told her: "You can't order me nothing, because you aren't Deli Manager or Manager of this Store". But, she continued her discriminatory attitude against me, because she never ordered nothing to others American Whites Deli Associates. On July 27, 2015, I reported these discriminatory acts of Mrs. Sarah Davis by writing to Assistant Manager Mr. Enrique with a witness (Michael Thornton), but this manager never interviewed witness, and never gave any response about these several harassment acts against me.

53. Deli Former Department Manager Mr. Doug (American and White) offended me several times in front of others Deli Associates, because he ordered me in bad and disrespectable manner to do several tasks, despite I was occupied, and others Deli Associate were unoccupied and were talking about their personnel problems. His favorite attitude to humiliate me with others Deli Associate was when he ordered me to do something that must do others Deli Associates. Sometimes he used other Deli Associates to order me to do several tasks. On July 18, 2015 and August 2, 2015 I reported his discriminatory attitude against me by writing, but the management never investigated and interviewed Deli Associates about these evident acts of discrimination against me. I never received any response about my complaint, and the management transferred him to another Store of Defendant to cover his racist attitude against me.

54. Deli Department Manager Mrs. Deborah Allen (American and White) offended me several times in front of others Deli Associates and customers, because only ordered me in bad and unrespectable manner to do several tasks, despite I was occupied, and others Associates were unoccupied and were talking about their personnel problems. She ordered me with screams and checked only my daily tasks , and in front of other Deli Associates and

TITLE VII COMPLAINT AND JURY TRIAL - 15

customers pointed out my "mistakes", despite I was doing various tasks, but she offended me with her false allegations because I left pending this because I have to do another task, and she never ordered other Associates to help me. On July 18, 2015 and November 14, 2016 I reported these harassment acts by writing to the management of the Store 984, the management never investigated and interviewed the witness of this act (Mr. David Mendez and Mrs. Emma Gonzalez ) that I informed, and never took any action to prevent future harassment acts against me.

55. On September 3, 2015 Former Store Manager Kelly Ziparo screamed and told me in bad manner that I can't say again in this Office "I don't speak good English". Then screamed me again and asked me in violence manner: What do you want? I reported this harassment and violence act to Global Ethics, but never received any response about this act that prohibits the Company.

**EIGHT CLAIM FOR RELEIF**

**AND SUPPORTING FACTUAL ALLEGATIONS**

56. After my complaints on July 16, 2015 to District Office of Defendant with Market Human Resource Manager Mrs. Sang Dao and on July 17, 2015 to Global Ethics of Defendant about Discrimination and to stop the discriminatory and harassing conduct, or to elemental employment rights and privileges that others American Associates have at the Store 984. Despite Mr. Jorge's initiation of formal legal proceeding, the District Office has not conducted a serious investigation of my claims or taken appropriate disciplinary action against Deli Associates and Supervisors who have continued to harass and discriminate me.

TITLE VII COMPLAINT AND JURY TRIAL - 16

57. Moreover, The Defendant unlawfully retaliated against me for filling my complaints about Discrimination. By way of examples, Mr. Jorge's Supervisors , Managers that covered others areas , Asset Protection Associates began watching , walking around Deli Department and following me from Deli to the compactor at other side of Store, from Deli Department to the lounge room and restroom whenever I need to use the facilities at the Store 984.

58. These excessive surveillance acts began on July 20, 2015. On July 30, 2015 I reported these acts to Global Ethics of Company, and this Office reported to District Office(Protocol of any investigation) , but District Office started to investigate these acts on the end of September 2015. Despite I provided all accurate data about these acts: time (day and hour), logical evidences of these acts and witnesses.

59. For examples, Assistant Manager Mr. Sky on July 20, 2015 at 8:21 to 9:10 pm, on September 23, 2015 at 7:09 to 7:11 pm, 9:00 and 9:30 pm, and other days during my working shift, he was watching, walking and reported my position by radio in front of me in Produce Department. He didn't cover this area of the Store. Co-Manager Kevin Larosh on July 21, 2015 at 2:40 pm, on July 26, 2015 at 11:24 am and 2:20 pm and others days, he was watching, walking around the Produce, and he was stocking merchandise as an Hourly Associate that he never did before my compliant dated on July 16, 2015, because he tried to cover his surveillance with these tasks that there are not in his job descriptions. Assistant Manager Mr. Enrique on August 22, 2015 at 9:40 pm, and during working weeks 28, 29, 30 (August 8 to August 28) and September 15,2015, he was watching me 5 hours from Deli , because he was working as Deli Associate, and 3 hours from Produce ,because he was working as Produce Associate . Assistant Manager Mrs. Kelli on September 14,

2015 during my working shift, she was watching and walking around the Produce. She didn't cover this area of the Store. Support Manager Mrs. Kristina September 21,2015 at 7:13 and 9:23 pm, September 22, 2015 , September 26, 2015 , September 27 , 2015 at 8:09 to 8: 13 and 8:31 pm , and this day she left a pallet unattended on the floor at 8:10 pm in the principal entrance (serious violation of safety standards), because I changed my position and she tried to follow me for reporting my position by radio , October 3, 2015, October 6, 2015 at 7:14 , 7:40 and 7:47pm , and others days during my working shift. She didn't cover this area of the Store. I reported her surveillance with a witness (Associate Margarita Martinez). Support Manager Mrs. Tammy November 23, 2015 at 1:45 pm she was following me from Deli to the Compactor in Receiving (other side of Store) and from Compactor to Deli Department, and checked my position in the back of Deli, and reported her surveillance with witness (Deli Associate Mr. Alfredo), November 11, 2015 at 2:30 pm and others days during my working shift. She didn't cover this area of Store. Asset Protection Manager Mr. Billy on September 13, 2015 and others days, he was watching me from Produce, and following me, even when I was at the restroom and the lounge room. Asset Protection Associate Mr. Tyrone September 6, 2015 and others days, he was watching me from Produce during my working shift.

60. On December 2015 to February 2017 others new managers were watching and following me during my working shift, and I reported these retaliation acts with some witnesses (Mrs. Griselda L. Mayorga, Jahzeel J. Mayorga, Jonathan Mayorga), but the investigator of Defendant never wanted to interview them. The District Office of Company has not conduct a serious and impartial investigation about these acts, because only interviewed the managers that I accused for their surveillance. These managers signed false statements

TITLE VII COMPLAINT AND JURY TRIAL - 18

and never explained why never they did these acts before my initial complaint dated on July 16, 2015.

61. Mrs. Sang Dao never wanted to interview the witnesses of these acts and attach the security videos to her investigations, because she can compare the security videos before and after my initial compliant, and this comparison showed excessive surveillance around the Produce only after my complaint.

62. The Defendant unlawfully retaliated against me for filling my complaints about Discrimination. By way of example, Assistant Manager that covered Deli Department was totally unfair and discriminatory Annual Assessment from September 11, 2014 to August 20, 2015.

63. I never signed this Assessment , and on August 17, 2015 I sent my disagreement by certified mail to Co-Manager Kevin Larosh for several reasons: The Assistant Manager was evaluated me never considered my great effort during this period in Deli (I was working for several Deli Associates and the Store 984 saved money for my slave labor), also in this evaluation he never wrote any comments about my Project "Twice II" that I send to President of Wal-Mart Doug McMillon and I presented to Market Human Resource Manager Mrs. Sang Dao. And some ideas of this Project were applied in this Store to increase the sales.

64. Also, my increase of salary was insignificant, only 33 cents per hour. Co-Manager Kevin Larosh only responded me, after EEOC notified my Charge to the Store 984. He asked me to sign a computer model electronically, and I signed this model, because I didn't know the procedure for the Review of Annual Assessment.

65. Some days ago I tried to give him an invalidation of my electronic signature , because in Wal-Mart Store any Evaluation and Review must do by writing, because the Associates can write any comments about his/her Evaluation. He refused to receive my formal disagreement with his unfair and discriminatory Review of my Evaluation, because he told me: "You must follow the order of Store Manager Kelly Ziparo when September 3, 2015 she ordered that you can't give any writing and verbal complaint to the management of this Store". The management with this different Review that violated normal procedure for this act in bad faith tried to hide my great contributions to the increase the sales in this Store.

66. My next Annual Assessment from September 2015 to September 2016, the Assistant Manager Mrs. June that covered Deli Department tried to evaluate me, but in her Evaluation never did any comments about my Project "Latin" that I presented to Mrs. Sang Dao. I complained about this, and she told me: "I will investigate about this Project", but I never received any response about my disagreement up today.

### NINETH CLAIM FOR RELEIF

### AND SUPPORTING AND FACTUAL ALLEGATIONS

67. These acts happened and happens against me because at the Store 984 there was and is a big racist environment against the Hispanic and Mexican Associates: At time of my complaint dated on July 16, 2015 Hispanic and Mexican Associates were less 15 %, and the reason were the following: The majority of population of Castle Rock is American and White persons. And the management of this Store only employed persons who speak fluently English, and their interviews were doing in English, despite the applicants were Hispanic and their first language were Spanish . The 99 % of managers were Americans. Also, the responsible for this racist practice was Co-Manager Kevin Larosh (American and

TITLE VII COMPLAINT AND JURY TRIAL - 20

White) and the Personnel Office of the Store 984, because they did several interviews to

the candidates to check how they can speak English.

68. Also, the application of Miguel Arana' daughter the personnel office delated in the system,

because when overnight manager Mrs. Pat tried to find her application , she can't , and the

reason was because she didn't speak good English.

69. In this Store has happened innumerable discriminatory and harassment acts against

Mexican Associates, and these acts committed by Customers, Sales Associates and

Managers of this Store.

70. There are several examples: Sales Associate Mrs. Elizabeth Rodriguez that for more 16

years was discriminated and harassed by Sales Associates, Managers and customers,

because she can't speak fluently English. Deli Department Manager Mrs. Deborah Allen

was following and watching her during three weeks on September 2015, and told her "You

can't speak Spanish with the employees of Triad Maintenance Company" in front of the

customers.

71. Sales Associate Mrs. Margarita Martinez that for several years was discriminated in her

schedules and harassed by Sales Associates and Managers in front of the customers and

others Sales Associates. These acts happened when Sales Associates and managers

screamed them, and told them aggressive words and threats. She reported to Global Ethics

of Wal-Mart Stores, but she never received any response.

72. Both Associates informed these discriminatory acts to the management of this Store with

accurate data (time and witnesses), but the management and District Office never

investigated these acts, and never gave them any response.

73. Also, a manager forbade former Bakery Associate Mrs. Rosa (Mexican) to speak Spanish in front Bakery American Sales Associates. I informed this act to Global Ethics and District Office, but I didn't receive any response, and never asked her to write any Statement about this racist action that Wal-Mart prohibits.

74. Sales Associate Mr. Miguel Arana that fired him, despite he had familiar emergency outside the United States. And he was working under discriminatory working conditions.

75. Former Sales Associate Claudia Bonilla was discriminated for her Department Manager and others working conditions.

76. Former Associate Mr. Eliseo was fired despite he has several health problems, and he can't work fast due to this, but the management never fired other American Associates that working slower than him with total incompetence and with lack dedication of their jobs, and these American Associates have good physical health.

77. Maintenance Associate David Mendez was discriminated because he was working under discriminatory working conditions in favor of other Maintenance American Associate, and the end of December 2015 Co-Manager Kevin Larosh prohibited him to talk in Spanish with the employees of Triad Maintenance Company .

78. When the Co-Manager Kevin Larosh noticed that these employees of Triad were my friends too, he ordered to close their service of in this Store without any justification.

79. Former Associate Jesse Vazquez that the management fired him because he was working in other job, despite previously he informed to the management of this Store about this job. Other American Associates have two job and the management never took any action against them (Charles Green and Mr. Terry).

TITLE VII COMPLAINT AND JURY TRIAL - 22

80. Associate Mrs. Guadalupe Rangel was harassed with bad words by Former Department Bakery Manager Mrs. Marie, and she informed to the management about this racist act with witness, but the management never took any action. Some weeks later Mrs. Marie was promoted to Support Manager Position as a reward for this harassment act against Mrs. Guadalupe Rangel. Also. Mrs. Guadalupe Rangel received a coaching because he took five minutes more of her break, despite all American Associates were taking a hour of their breaks.

81. When I started to work in the Store 984 I noticed that the Mexican Associates were speaking very little in Spanish at the lounge room because the other American Associates were bothered to listen Spanish language and on several occasions they asked me if they were saying offenses against them.

82. I informed to this big racist ambience to Global Ethics and District Office of Company. Also, I sent a formal complaint by certified mail to Executive Director of Civil Rights Division and Executive Director of EEOC to investigate my allegations, but unfortunately I never received any response about my complaints of this big racist environment.

## TENTH CLAIM FOR RELIEF

## AND SUPPORTING FACTUAL ALLEGATIONS

83. Defendant has violated its policies and Statement of Global Ethics(Handbook of Company) as Plaintiff's employer to provide a safe workplace , to take reasonable steps to determine the fitness of Plaintiff's co-workers and supervisors and to reasonably supervise Plaintiff's co-workers and supervisors by, inter alia, failing and refusing to investigate , to respond and/or take appropriate disciplinary or other action in response to Plaintiff's repeated verbal and written complaints of discriminatory and harassing conduct by Plaintiff 's co-

TITLE VII COMPLAINT AND JURY TRIAL - 23

workers and/or supervisors on the basis of my race/color, national origin, including but not

limited, threats of violence and grievous physical and mental injury against Plaintiff by

other Store Associates, and excessive surveillance after my complaint dated on July 16,

2015 up today. Defendant had actual knowledge of the undue risk of harm to which it was

thereby exposing Plaintiff based on Plaintiff's repeated written and verbal complaints to

his direct supervisors, District Office and Global Ethics at the Company, as well as Plaintiff

filing of a OSHA report, in connection with health treat made against Plaintiff by another

Associates and Supervisors for excessive overwork in favor of other American and White

Associates of Plaintiff's Deli Department.

84. As a direct and proximate result of Defendant's breach of duty to supervise, Plaintiff has

been injured and has incurred damages thereby.

## PEQUEST FOR RELIEF

Plaintiff request the following relief:

A. Declaratory judgment that the actions, conduct and practices of Defendant complained of

herein violate the laws of the United States and the State of Colorado;

B. An injunction and order permanently restraining Defendant from engaging in such

unlawful conduct;

C. An award of damages in an amount of 600,000 (Six hundred thousands) dollars to

compensate Plaintiff for all monetary and/or economic harm, to compensate Plaintiff for

harm to his professional and personal reputations and loss of career fulfillment, to

compensate Plaintiff for all non-monetary and/or compensatory harm, including but not

limited to, compensation for my mental anguish , humiliation , embarrassment , stress and

1  anxiety , emotional pain and suffering , emotional distress and physical injuries, for all

2  other monetary and/or non-monetary losses suffered by Plaintiff and for an award of

3  punitive damages.

4

5    D. An award of costs that Plaintiff has incurred in this action , and

6    E. Such other and further relief as the Court may deem just and proper.

7  **JURY DEMAND**

8

9  Plaintiff hereby demands a trial by jury on all issues of fact and damages stated herein.

10

11

12  Dated: Castle Rock, Colorado

13  Abril 6, 2017

14

15

16  Respectfully,

17

18

19  (Plaintiff 'Original Signature)

20

21  6213 Castlegate Dr.W Apt.1518

22

23  Castle Rock Colorado 80108

24  (770)568-7654

25

26

27

28

TITLE VII COMPLAINT AND JURY TRIAL - 25