IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  17-cv-01285-DME-KMT

JORGE LEONEL BAILON,

      Plaintiff,

v.

WAL-MART STORES INC. STORE 984,

      Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court upon the parties' Stipulation to Dismiss the Action With Prejudice Pursuant to Fed.R.Civ.P.41 (A)(1)(A)(II) (Doc. No. 24).

IT IS THEREFORE ORDERED THAT that this civil action is dismissed with prejudice.  Each party shall pay its own costs and attorneys' fees.

Dated:  October 16, 2017

BY THE COURT:

*s/ David M. Ebel*

UNITED STATES CIRCUIT JUDGE